**Order entered January 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01230-CR

**QUINCY PAUL REED, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F14-54391-J**

## ORDER

The clerk's record is two months overdue in this appeal. Accordingly, we **ORDER** Felicia Pitre, Dallas County District Clerk, to file the clerk's record in this case by **FEBRUARY 6, 2015**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Felicia Pitre, Dallas County District Clerk, and to counsel for all parties.

/s/      LANA MYERS
         JUSTICE